**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **ROY ENRIQUEZ** § | |
| § | |
| *Plaintiff,* § | |
| § | **Case No. 7:24-CV-00149-DC-RCG** |
| v. § | |
| § | |
| **TRINITY ENVIRONMENTAL** § | |
| **MANAGEMENT, LLC and SELECT** § | |
| **WATER SOLUTIONS, INC.** § | |
| § | |
| *Defendants.* § | |

**ORDER**

Before the Court is the Joint Motion for Approval of Confidential Settlement Agreement and Release and Dismissal of Lawsuit with Prejudice filed by Plaintiffs Roy Enriquez and Scott Rodrigues and Defendants Trinity Environmental Management, LLC and Select Water Solutions, Inc. (the "Motion"). The parties have arrived at a settlement and have requested that the Court approve their Settlement Agreement. The Court has reviewed the Settlement Agreement and finds that the settlement of this action is fair to all parties. Therefore,

IT IS ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that the Court finds that the settlement memorialized in the Settlement Agreement is fair and reasonable and resolves a *bona fide* dispute between the parties under the Fair Labor Standards Act, and

IT IS FURTHER ORDERED that this case and all claims asserted by Plaintiffs Roy Enriquez and Scott Rodrigues are DISMISSED WITH PREJUDICE with each part to bear their own costs.

SIGNED this 30th day of May, 2025.

_____
United States District Judge